IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | § | |
| | § | |
| Defendant Below, | § | No. 160, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0009015005 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 13, 2019
Decided: June 18, 2019

## **ORDER**

Following the denial of his motion to proceed *in forma pauperis* on May 28, 2019, the appellant was directed to pay the Court's filing fee by June 12, 2019, or else his appeal would be dismissed without further notice. The appellant has not paid the filing fee. The dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this petition is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice